IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No.:   3:02cr93/LAC
             3:05cv377/LAC/MD

BENNIT HAYES
_____

ORDER

  This cause comes on for consideration upon the magistrate judge's report and recommendation filed on October 15, 2007. The defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1)(B), and I have made a _de novo_ determination of those portions to which an objection has been made.

  Having considered the report and recommendation and the objections thereto, I have determined that the report and recommendation should be adopted.

  Accordingly, it is ORDERED:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The motion to vacate, set aside, or correct sentence (doc. 103) is DENIED.

  DONE AND ORDERED this 31st day of October, 2007.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**