IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                              Case No: 3:02cr93/LAC/MD

BENNIT HAYES,
_____/

## ORDER

This cause is before the court on Petitioner's Notice of Appeal and Request for Certificate of Appealability (Doc. 171 & 172) with respect to the denial of his Rule 60(b) motion (*see* Docs. 168 & 170). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2). Petitioner filed a Rule 60(b) motion for relief from judgment after unsuccessfully appealing this court's denial of his motion to vacate pursuant to § 2255. Although citing Fed.R.Civ.P. 60(b)(4) and (6), the petitioner/defendant admitted that the motion was an attempt to "re-open" his failed § 2255 motion. (Doc. 164 at 3). The court adopted the well-reasoned and legally correct response of the government and denied the motion. Petitioner's motion for reconsideration was also denied. For the same reason, the court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability with regard to Petitioner's appeal of the denial of his Rule 60(b) motion should not issue.

Accordingly, it is **ORDERED**:

Petitioner's notice of appeal and request for certificate of appealability of the court's denial of his Rule 60(b) motion for relief from final judgment (doc. 172) is **DENIED** and no

certificate shall issue.

**DONE AND ORDERED** this 7th day of February, 2011.

                                *s/L.A. Collier*
                                **LACEY A. COLLIER**
                                **SENIOR UNITED STATES DISTRICT JUDGE**